ORIGINAL

FILED

AUG 5 2008

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TMS ENVIROCON, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-559 C

**NOTICE OF RELATED CASE**

Pursuant to Rule 40.2 Plaintiff files this Notice of Related Case. This case has direct relationship to that certain action previously filed with this Honorable Court, styled *TMS ENVIROCON, Inc. v. The United States of America,* assigned Case No. 06-772C and assigned to the Honorable Lawrence M. Baskir. The parties and contract are the same. Similar release issues were raised in, but not resolved by, that action. As that action is no longer pending, consolidation is not required. Per Judge Baskir's Order of Dismissal entered May 1, 2007 in that action, subsequent related actions as contemplated therein were to be assigned to him.

Done this date: August 4, 2008

TMS ENVIROCON, INC.

By: ______________________

Of Counsel

Neil S. Lowenstein
Vandeventer Black LLP
101 W. Main St., Suite 500
500 World Trade Center
Norfolk, VA 23510
(757) 446-8610
(757) 446-8670 (facsimile)
Email: nlowenstein@vanblk.com